■ RUTH SOBIERAJ, Appellant, v KELCEY L. SUMMERS et al., Respondents. (Appeal No. 2.) [27 NYS3d 420]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered April 29, 2015. The order, insofar as appealed from, denied that part of the motion of plaintiff for leave to renew her opposition to the cross motion of defendants.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Sobieraj v Summers* ([appeal No. 1] 137 AD3d 1738 [2016]). Present—Peradotto, J.P., Lindley, DeJoseph, Curran and Scudder, JJ.